UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TERRY ROBINSON (#533146)

VERSUS

JEFFERY HALL

CIVIL ACTION

16-350-SDD-EWD

## RULING

The Court, after carefully considering the *Complaint*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Erin Wilder-Doomes dated August 16, 2017, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the *Motion to Dismiss*[3] filed by Defendant is GRANTED dismissing Plaintiff's claims against Defendant in his official capacity. It is further ordered that the Parties' *Cross-Motions for Summary Judgment*[4] are denied and this matter is referred back to the Magistrate Judge for further proceedings.

Baton Rouge, Louisiana the 13 day of September, 2017.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 47.
[3] Rec. Doc. 12.
[4] Rec. Docs. 18 and 31.