## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

TERRY ROBINSON

VERSUS

JEFFERY HALL

CIVIL ACTION

16-350-SDD-EWD

### RULING

The Court has carefully considered the *Motions*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Erin Wilder-Doomes dated April 16, 2019, to which an objection[3] was filed and also reviewed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Defendant's *Motion for Summary Judgment*[4] is hereby GRANTED and the Plaintiff's action is hereby DISMISSED with prejudice.

**IT IS FURTHER ORDERED** that Plaintiff's *Motion for Judgment as a Matter of Law*[5] is hereby DENIED.

**FINALLY, IT IS FURTHER ORDERED** that Plaintiff's *Motion for Extension of Time*[6] is hereby DENIED AS MOOT.

Baton Rouge, Louisiana the 14 day of May, 2019.

SHELLY D. DICK, CHIEF DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Docs. 63, 56, and 54.
[2] Rec. Doc. 65.
[3] Rec. Doc. 66.
[4] Rec. Doc. 63.
[5] Rec. Doc. 56.
[6] Rec. Doc. 54.